**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY** | § § § § | |
| **v.** | § § | **Case No. 5:26-CV-00022-RWS-JBB** |
| **NEUROMONITORING ASSOCIATES, LLC, ET AL.** | § § § | |

## ORDER RESETTING SCHEDULING CONFERENCE WITH IN-PERSON HEARING ON DEFENDANTS' MOTION TO STAY DISCOVERY (DKT. NO. 32)

The scheduling conference in the above case is currently scheduled via telephone before the undersigned on May 19, 2026. Dkt. No. 31. Having considered the parties' Joint Conference Report (Dkt. No. 33), the Court hereby schedules the scheduling conference for an in-person hearing on May 27, 2026. Before the scheduling conference, the Court will hear oral arguments on Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss.[1] Dkt. No. 32. Accordingly, it is

**ORDERED** that an in-person hearing on Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss (Dkt. No. 32) is set before the undersigned **May 27, 2026, at 3:00 p.m.** at the United States District Court, 500 N. Stateline, Fourth Floor Courtroom, Texarkana Texas, immediately followed by the scheduling conference.

SIGNED this the 13th day of May, 2026.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent Defendants' Motion to Stay Discovery becomes moot (either by it being withdrawn or unopposed), the Court will conduct the rescheduled May 27, 2026 scheduling conference via telephone.