**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

|  |  |
|---|---|
| HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, <br><br> *Plaintiff,* <br><br> vs. <br><br> NEUROMONITORING ASSOCIATES, LLC, PHYSICIAN OVERSIGHT, LLC, and MONITORING ASSOCIATES LLC, <br><br> *Defendants*. | Case No.  5:26-cv-00022-RWS-JBB <br><br> **[PROPOSED] ORDER GRANTING MOTION TO SEAL** |

**JOINT NOTICE REGARDING MEDIATION**

Pursuant to the Court's Docket Control Order (ECF No. 44 at p. 4), Plaintiff Health Care Service Corporation ("Plaintiff") and Defendants Neuromonitoring Associates, LLC, Physician Oversight, LLC, and Monitoring Associates LLC ("Defendants") hereby give notice that the parties do not agree to mediate at this time and at this juncture in the case.

-1-

Dated: June 16, 2026

By: _/s/ John K. Harting_

**PATTON, TIDWELL & CULBERTSON**

Kelly B. Tidwell
kbt@texarkanalaw.com
Geoffrey P. Culbertson
gpc@texarkanalaw.com
2800 Texas Boulevard
PO Box 5398
Texarkana, TX 75505
Telephone: (903) 792-7080
Facsimile:  (903) 792-8233

– and –

**ROBINS KAPLAN LLP**

Jamie R. Kurtz* (Lead Attorney)
JKurtz@RobinsKaplan.com
Nathaniel J. Moore*
NMoore@RobinsKaplan.com
John K. Harting*
JHarting@RobinsKaplan.com
Charlie C. Gokey*
CGokey@RobinsKaplan.com
Kyle D. Nelson*
KNelson@RobinsKaplan.com
Joseph T. Janochoski*
JJanochoski@RobinsKaplan.com
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
P: 612.349.8500

*Admitted *pro hac vice*

*Attorneys for Plaintiff Blue Cross Blue Shield of Texas*

-2-

Dated: June 16, 2026

By: _/s/ Matthew L. Knowles_____

John M. Pickett
Texas Bar No. 15980320
**LAW OFFICES OF JOHN M. PICKETT**
4122 Texas Blvd.
Texarkana, TX 75503
Telephone: (903) 794-1303
Fax: (903) 792-5098
jpickett@jpickettlaw.com

Matthew L. Knowles (*pro hac vice*) (Lead attorney)
Asseret Frausto (*pro hac vice*)
Carolyn Zaccaro (*pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 535-4000
Fax: (617) 535-3800
mknowles@mcdermottlaw.com
afrausto@mcdermottlaw.com
czaccaro@mcdermottlaw.com

R. Bray McDonnell (*pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
500 N Capitol Street NW
Washington, D.C. 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
rmcdonnell@mcdermottlaw.com

*Attorneys for Defendants*

-3-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2026, a true and correct copy of the above was served via email through the Eastern District of Texas's CM/ECF system.

*/s/ John K. Harting*
John K. Harting

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that counsel for Plaintiff and Defendants have complied with the meet and confer requirement of Local Rule CV-7(h), and conferred on June 16, 2026, regarding this Joint Notice. Counsel for Defendants agrees with and joins in this Joint Notice.

*/s/ John K. Harting*
John K. Harting