**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| Health Care Service Corporation, A Mutual Legal Reserve Company, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Case No.: 5:26-cv-00022-RWS-JBB |
| Neuromonitoring Associates, LLC, Physician Oversight, LLC, and Monitoring Associates, LLC, | § § § § | |
| *Defendants.* | § § | |

**DECLARATION OF MATTHEW L. KNOWLES IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**

I, Matthew L. Knowles, pursuant to 28 U.S.C. § 1746 and Eastern District of Texas Local Rule CV-7(b), declare as follows:

1. I am an attorney at McDermott Will & Schulte LLP, which represents Defendants Neuromonitoring Associates, LLC; Physician Oversight, LLC; and Monitoring Associates, LLC ("Defendants") in the above-captioned case. I am admitted *pro hac vice* in the U.S. District Court for the Eastern District of Texas. I am over 21 years of age, and I am competent to make this Declaration. The statements in this Declaration are true and made of my personal knowledge.

2. I submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint and Request for Judicial Notice (the "Motion"), dated June 18, 2026, and filed concurrently with this Declaration.

3. Attached to the Motion as **Exhibit 1** is a true and correct excerpted copy, with highlighting added to the relevant portions per Local Rule CV-7(b), of the public

document and website found at: Federal Independent Dispute Resolution (IDR) Process Guidance for Disputing Parties, CMS.gov (2023), https://www.cms.gov/files/document/federal-idr-guidance-disputing-parties-march-2023.pdf, in the form I downloaded it on April 7, 2026.

4. Attached to the Motion as **Exhibit 2** is a true and correct excerpted copy, with highlighting added to the relevant portions per Local Rule CV-7(b), of the public document and website found at: Federal Independent Dispute Resolution (IDR) Process Guidance for Certified IDR Entities (2022), https://www.cms.gov/files/document/ta-certified-independent-dispute-resolution-entities-august-2022.pdf, in the form I downloaded it on April 7, 2026.

5. Attached to the Motion as **Exhibit 3** is a true and correct excerpted copy, with highlighting added to the relevant portions per Local Rule CV-7(b), of the public document and website found at: Federal Independent Dispute Resolution (IDR) Technical Assistance for Certified IDR Entities and Disputing Parties – Topic: Errors Identified After Dispute Closure, CMS.gov (2025), https://www.cms.gov/files/document/idr-ta-errors-after-dispute-closure.pdf, in the form I downloaded it on April 7, 2026.

6. Attached to the Motion as **Exhibit 4** is a true and correct copy of the public government form CMS-1500 found at: https://www.cms.gov/medicare/cms-forms/cms-forms/downloads/cms1500.pdf, in the form I downloaded it on June 18, 2026.

7. Attached to the Motion as **Exhibit 5** is a true and correct excerpted copy, with highlighting added to the relevant portions per Local Rule CV-7(b), of the public

document and website found at: CMS, Memorandum, *Telemedicine Services in Hospitals and Critical Access Hospitals* (Jul. 15, 2011), https://www.cms.gov/medicare/provider-enrollment-and-certification/surveycertificationgeninfo/downloads/scletter11_32.pdf, in the form I downloaded on June 15, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of June, 2026, in Boston, Massachusetts.

*/s/ Matthew L. Knowles*
Matthew L. Knowles