# EXHIBIT 1

**IDR Guidance for Disputing Parties**

# Federal Independent Dispute Resolution (IDR) Process Guidance for Disputing Parties

### December 2023 Update to March 2023 Guidance

This guidance document is effective upon publication and is consistent with all relevant court cases and guidance **for items and services furnished on or after October 25, 2022 for plan years (in the individual market, policy years) beginning on or after January 1, 2022** by an out-of-network provider subject to the Requirements Related to Surprise Billing; Part II, 86 FR 55980, and Requirements Related to Surprise Billing; Final Rule, 87 FR 52618.

Items and services furnished before October 25, 2022 for plan years (in the individual market, policy years) beginning on or after January 1, 2022 are subject to a different guidance document, issued on October 7, 2022 and updated December 15, 2023 effective July 26, 2022.

Please visit www.cms.gov/nosurprises for the most current guidance documents related to the Federal IDR Process.

This communication was printed, published, or produced and disseminated at U.S. tax payer expense.




1

# Table of Contents

1.    General Information and Background ................................................................. 4

   1.1    Background ........................................................................................ 4

   1.2    Purpose ............................................................................................. 6

   1.3    Applicability ....................................................................................... 6

   1.4    State Laws vs. Federal IDR Process ................................................. 7

2.    Federal IDR Portal .......................................................................................... 8

3.    Overview of Steps Before the Federal IDR Process ...................................... 10

   3.1    Initial Payment or Notice of Denial of Payment ............................... 10

      3.1.1    Item or Service Provided Subject to the NSA ............................ 10

      3.1.2    Submission of Claim and Initial Payment or Notice of Denial of Payment ................... 10

   3.2    Requirement to Exhaust Open Negotiation Period ........................... 11

      3.2.1    Open Negotiation Initiation and Notice Requirements ................ 11

      3.2.2    Standard Open Negotiation Notice ............................................. 12

      3.2.3    Requirement to Exhaust Open Negotiation Period ..................... 13

4.    Initiating the Federal IDR Process ................................................................. 13

   4.1    Timeframe ........................................................................................ 13

   4.2    Delivery of the Notice of Federal IDR Initiation ............................... 14

   4.3    Notice Content .................................................................................. 14

5.    Selection of the Certified IDR Entity .............................................................. 15

   5.1    Timeframe ........................................................................................ 15

   5.2    Objection to the Initiating Party's Preferred Certified IDR Entity ...... 16

   5.3    Notice of Agreement or Failure to Agree on Selection of the Certified IDR Entity ............. 16

   5.4    Failure to Select a Certified IDR Entity: Random Selection by the Departments ................. 17

   5.5    Instances When the Non-Initiating Party Believes the Federal IDR Process Does Not Apply . 17

   5.6    Instances When a Party or the Parties Believe There is a Certified IDR Entity Conflict of Interest ......... 18

   5.7    Authority for Parties to Continue Negotiation .................................. 19

   5.8    Payment of Administrative Fee ......................................................... 19

6.    Submission of Offers and IDR Entity Fees ..................................................... 20

   6.1    Submission of Offers ........................................................................ 20

      6.1.1    Required Information for Parties' Offer Submissions ................. 20

      6.1.2    Reporting if There is a Concern Regarding the QPA ................. 21

      6.1.3    Batched Items and Services ...................................................... 21

**IDR Guidance for Disputing Parties**

    6.1.4   Bundled Items or Services ........................................................................ 22

    6.1.5   Submission of Additional Requested Information ......................................... 22

    6.1.6   Consequences of a Failure to Submit an Offer ........................................... 23

  6.2    Payment of Certified IDR Entity and Administrative Fees ............................... 23

  6.2.1   Payment Allocations and Timelines for Payment ......................................... 23

  6.2.2  Certified IDR Entity Fees Set in a Predetermined Range Specified by the  Departments ......... 24

7.    Factors and Information Certified IDR Entities Must Consider ............................. 24

  7.1    Timeframe ................................................................................................. 24

  7.2    Factors and Information Certified IDR Entities Must Consider ......................... 24

  7.3    Definition of the QPA ................................................................................. 25

  7.4    Certified IDR Entities Must Consider ........................................................... 25

  7.5    Additional Information Submitted by a Party ................................................. 25

  7.6    Prohibited Factors .................................................................................... 26

8.    Selection of Offer, Written Decision, and Effect of the Determination .................... 27

  8.1    Offer Selection and Notification ................................................................. 27

  8.2    Effect of Determination ............................................................................. 27

  8.3    Subsequent IDR Requests and "Cooling Off" Period .................................... 28

9.    Extension of Time Periods for Extenuating Circumstances ................................. 29

10.  Federal IDR Process Fees ............................................................................. 30

  10.1   Administrative Fee .................................................................................... 30

  10.2   Certified IDR Entity Fee ............................................................................. 31

    10.2.1  Batched Claims, Certified IDR Entity Fee, and Administrative Fee ................. 31

    10.2.2  Bundled Payments ................................................................................. 32

Appendix A. Definitions ....................................................................................... 33

Appendix B. Process Step Summary and Associated Notices ..................................... 36

Appendix C. Resources ....................................................................................... 39

**IDR Guidance for Disputing Parties**

- ✓ Written information, including an attestation, regarding the applicability of the Federal IDR process;
- ✓ Non-initiating party's information regarding the inapplicability of the Federal IDR Process, as necessary; and
- ✓ Signature of a representative of the initiating party, full name, and date.

If the non-initiating party fails to respond to the initiating party's selection of a certified IDR entity, the initiating party's preferred certified IDR entity will be selected, unless that certified IDR entity is ineligible for another reason.

## 5.4  Failure to Select a Certified IDR Entity: Random Selection by the Departments

When the parties cannot agree on the selection of a certified IDR entity, the Departments will randomly select a certified IDR entity **no later than 6 business days** after the date of initiation of the Federal IDR Process and will notify the parties of the selection.[17] The certified IDR entity selected by the Departments will be one that charges a fee within the allowed range that can be found here).  If there is an insufficient number of certified IDR entities available that charge a fee within the allowed range, the Departments will randomly select a certified IDR entity that has approval to charge a fee outside of that range.

## 5.5  Instances When the Non-Initiating Party Believes the Federal IDR Process Does Not Apply

If the non-initiating party believes that the Federal IDR Process is not applicable, the non-initiating party must notify the Departments by submitting the relevant information through the Federal IDR portal as part of the certified IDR entity selection process. This information must be provided not later than **1 business day** after the end of the 3-business-day period for certified IDR entity selection (the same date that the notice of selection or of failure to select a certified IDR entity must be submitted). This notification must include information regarding the Federal IDR Process' inapplicability.

The certified IDR entity must determine whether the Federal IDR Process is applicable. The certified IDR entity must review the information submitted in the **Notice of IDR Initiation** and the notification from the non-initiating party claiming the Federal IDR Process is inapplicable, if one has been submitted, to determine whether the Federal IDR Process applies. If the Federal IDR Process does not apply, the certified IDR entity must notify the Departments and the parties within 3 business days of making that determination. While the matter is under review by the certified IDR entity, the timelines of the Federal IDR Process continue to apply, so the parties should continue to meet deadlines to the extent possible, as described in Section 9. Further, the Departments will maintain oversight of the applicability of the Federal IDR Process through their audit authority.

---

[17] A situation in which the non-initiating party does not object to the preferred certified IDR entity included in the initiating party's Notice of IDR Initiation, and the initiating party submits its preferred certified IDR entity on the Notice of Certified IDR Entity Selection, is not considered a failure to select a certified IDR entity.

17

# Appendix C. Resources

Notices:

- Paperwork Reduction Act (PRA) notices and information collection requirements for the Federal Independent Dispute Resolution Process (Download Notices and Information Requirements)

- Standard notice & consent forms for nonparticipating providers & emergency facilities regarding consumer consent to waive surprise billing protections (Download Surprise Billing Protection Form) (PDF)

- Model disclosure notice on patient protections against surprise billing for providers, facilities, health plans, issuers and carriers (Download Patient Rights & Protections Against Surprise Medical Bills) (PDF)

- Rules and Fact Sheets

- Federal IDR Portal

Please see https://www.cms.gov/nosurprises/policies-and-resources/overview-of-rules-fact-sheets for information on the applicable fees.

Independent Dispute Resolution Timeline for Claims

Where to go for help

CMS.Gov/NoSurprises

No Surprises Help Desk: 1-800-985-3059



Department of Health & Human Services
200 Independence Ave S.W.
Washington D.C. 20201
Toll Free Call Center: 1-877-696-6775
www.hhs.gov



Department of Labor
200 Constitution Ave N.W.
Washington, DC 20210
1-866-4-USA-DOL / 1-866-487-2365
www.dol.gov



Department of the Treasury
1500 Pennsylvania Ave N.W.
Washington, D.C. 20220
General Information: (202) 622-2000
www.treasury.gov

Federal Independent Dispute Resolution (IDR) Process
Guidance for Disputing Parties

December 2023 Update to March 2023 Guidance