**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| Health Care Service Corporation, A Mutual Legal Reserve Company, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No.: 5:26-cv-00022-RWS-JBB |
| Neuromonitoring Associates, LLC, Physician Oversight, LLC, and Monitoring Associates, LLC, | § § § § | |
| *Defendants.* | § § § § | |

**[PROPOSED] ORDER**

Having considered Defendants Neuromonitoring Associates, LLC's, Physician Oversight, LLC's, and Monitoring Associates, LLC's Motion to Dismiss the Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and Request for Judicial Notice (the "Motion") and any response thereto, the Court finds that the Motion should be GRANTED in its entirety.

IT IS HERBY ORDERED this __ day of _____, 2026 that:

1. The Motion is GRANTED and Plaintiff Health Care Service Corporation's claims are DISMISSED WITH PREJUDICE.

2. The Court takes judicial notice of the documents cited in the Motion and separately attached to the Motion as Exhibits 1 to 5.

**IT IS SO ORDERED.**